SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

SECRET

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.: 07-74-B-W |
| v. ) | |
| ) | (21 U.S.C. §§ 841, 846; |
| MICHAEL MAYER; ) | 42 U.S.C. § 408(a)(4); |
| DANIEL LITTLEFIELD, a/k/a "Danny"; ) | 42 U.S.C. §1383a(a)(3); |
| TROY LITTLEFIELD; ) | 18 U.S.C. § 1956(h) and (2) |
| RICHARD RUSSELL, a/k/a "Rat"; ) | |
| DONALD RUSSELL, a/k/a "Donnie"; ) | |
| ROBERT DONATH; ) | |
| PETER GLIDDEN; ) | |
| NANCY SQUEGLIA; ) | |
| BRENT NOYES, a/k/a "Cowboy"; ) | |
| JEFF POLK; ) | |
| MARK RUSSELL; ) | |
| JEFFREY WHITEHEAD; ) | |
| KENNETH KACZMARSKI; ) | |
| LISA DELAURENTIIS, ) | |
| a/k/a "Lisa Fitzpatrick", a/k/a "Lisa Nylund"; ) | |
| JEFFREY EDWARDS, a/k/a "Bow Neck"; and ) | |
| RAYMOND DAVIS ) | |

2008 SEP 11 P 3: 49

BY
DEPUTY CLERK

## MOTION TO PARTIALLY SEAL INDICTMENT AND TO SEAL

NOW COMES the United States of America, by and through Paula D. Silsby, United States Attorney for the District of Maine, and Joel B. Casey, Assistant United States Attorney, and moves the Court for an Order directing the partial sealing of the Second Superseding Indictment (as indicated below), this motion, and any associated docket entries. In support of this motion, the Government states the following:

1. On September 11, 2008, the grand jury returned a Second Superseding Indictment in Criminal No. 07-74-B-W.

Scanned by: bR
Folder Location: Fru
File Name: 07CR74 MHW
Names of Attachments, if any:

2. In addition to removing reference to those defendants in the case who have entered their guilty pleas to the Superseding Indictment, the Second Superseding Indictment names several new defendants ("the new defendants").

3. The new defendants remain at large. Warrants for their arrest have been requested. Upon issuance of the warrants, law enforcement agents will be required to locate and effectuate the arrests of the new defendants.

4. Public disclosure of the fact that the new defendants have been named in the Second Superseding Indictment could cause one or more of the defendants to flee or present officer safety issues for those law enforcement agents charged with apprehending the new defendants.

5. As each new defendant is apprehended the Government will make a motion to unseal the Second Superseding Indictment as to that defendant.

WHEREFORE, the Government respectfully requests that the Second Superseding Indictment, this motion, and any associated docket entries, be partially sealed so as to avoid public disclosure of any reference to the identities of the new defendants until after they are apprehended. Attached hereto is a proposed redacted Second Superseding Indictment.

Date: 9/11/08

Respectfully submitted,

Paula D. Silsby
United States Attorney

Joel B. Casey
Assistant U.S. Attorney